**FORM 8. Entry of Appearance**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Dome Patent L.P. v. Lee

No. 14-1673

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for: Dome Patent L.P.
                               Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
☑ Appellant     ☐ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

- Name: James W. Dabney, Esq.
- Law firm: Fried, Frank, Harris, Shriver & Jacobson LLP
- Address: One New York Plaza
- City, State and ZIP: New York, NY 10004-1980
- Telephone: 212-859-8000
- Fax #: 212-859-4000
- E-mail address: James.Dabney@friedfrank.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 1990

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

_____                    /s/ James W. Dabney
      Date                          Signature of pro se or counsel

cc: Nathan K. Kelly

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of August, 2014, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the CM/ECF system, which will then send a notification of such filing to the following:

Nathan K. Kelley, Solicitor
United States Patent and Trademark Office
Office of the Solicitor
PO Box 1450
Mail Stop 8
Alexandria, VA 22213

Email: nathan.kelley@uspto.gov

By:    /s/ James W. Dabney
      James W. Dabney

FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone:    (212) 859-8000
Facsimile:    (212) 859-4000

Email: james.dabney@friedfrank.com